Solicitor General for leave to lodge under seal a copy of the sealed version of the brief for appellees filed in the United States Court of Appeals granted. Certiorari denied.

No. 99–1449. MASSACHUSETTS FOOD ASSN. ET AL. v. MASSACHUSETTS ALCOHOLIC BEVERAGE CONTROL COMMISSION ET AL. C. A. 1st Cir. Motion of Beer Distributors of Massachusetts, Inc., et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 99–1464. E. I. DU PONT DE NEMOURS & CO. ET AL. v. MURAKAMI ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 99–1166. CREWS v. DEPARTMENT OF THE ARMY, 528 U. S. 1182;

No. 99–6776. ZHARN v. UNITED STATES FIDELITY & GUARANTY CO. ET AL., 528 U. S. 1086;

No. 99–7222. IN RE MAYES, 528 U. S. 1073;

No. 99–7437. JOSEPH v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, ET AL., 528 U. S. 1169;

No. 99–7536. GULLEY v. GEORGIA, 528 U. S. 1172;

No. 99–7720. RETTIG v. KENT CITY SCHOOL DISTRICT ET AL., *ante*, p. 1023;

No. 99–7726. WISE v. CADDELL CONSTRUCTION CO., INC., *ante*, p. 1009; and

No. 99–8129. COBBS v. UNITED STATES POSTAL SERVICE ET AL., *ante*, p. 1028. Petitions for rehearing denied.

MAY 3, 2000

No. 99–9207 (99A873). IN RE JACKSON. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.